IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PAUL GERMAIN-CUMMINGS,** on behalf of himself and others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>**LIBERTY UNIVERSITY,**<br><br>              Defendant. | Case No.: 4:22-cv-40036-TSH |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Liberty University, Inc. ("Liberty"), by and through undersigned counsel, hereby files this Unopposed Motion for Extension of Time to Respond to Complaint, and in support of the Motion states the following:

1. On March 30, 2022, Plaintiff Paul Germain-Cummings filed a complaint against Liberty. ECF No. 1.

2. Liberty was served on April 7, 2022. Executed Summons, ECF No. 5. Per Rule 12 of the Federal Rules of Civil Procedure, Liberty's response to the Complaint is currently due twenty-one days after service, or Thursday, April 28, 2022.

3. Due to Liberty's recent retention of counsel and ongoing investigation into Germain-Cummings' allegations, Liberty conferred via email with counsel for Plaintiff requesting an extension of time to respond to the Complaint. Plaintiff's counsel agreed to a 21-day extension, setting the deadline to respond to Thursday, May 19, 2022.

4. Counsel for Plaintiff agreed via email to Defendant's request for extension and thus does not oppose this Motion.

**WHEREFORE**, Defendant Liberty respectfully requests that their deadline to respond to the Complaint be extended until May 19, 2022.

    Respectfully submitted,

    LIBERTY UNIVERSITY,

    By their attorneys,

    */s/ Jillian E. Carson*
    Stephen D. Riden, BBO No. 644451
    Jillian E. Carson, BBO No. 698505
    Beck Reed Riden LLP
    155 Federal Street, Suite 1302
    Boston, Massachusetts 02110
    (617) 500-8660 Telephone
    (617) 500-8665 Facsimile
    *sriden@beckreed.com*
    *jcarson@beckreed.com*

Dated: April 27, 2022

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the CM/ECF system on April 27, 2022, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

    */s/ Jillian E. Carson*

## **L.R. 7.1(a)(2) CERTIFICATE**

I certify pursuant to Local Rule 7.1(a)(2) that, on March 31, 2022, counsel for the parties conferred by email and attempted in good faith to resolve or narrow the issues presented by this Motion. Plaintiff's counsel has indicated that Plaintiff does not oppose the relief requested in this Motion.

*/s/ Jillian E. Carson*