UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL GERMAIN-CUMMINGS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Liberty University,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No. 4:22-cv-40036<br>*<br>*<br>*<br>* |

[DEFENDANT LIBERTY UNIVERSITY, INC.'S PROPOSED] SCHEDULING ORDER

_____

TALWANI, D.J.

This scheduling order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**TIMETABLE FOR DISCOVERY AND MOTION PRACTICE**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by this court's Notice of Scheduling Conference have been completed by July 13, 2022.

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after September 20, 2022.

3. **Fact Discovery.**

   Fact discovery will be split into two phases. The first phase (Phase I) will address the merits of Plaintiff's individual Telephone Consumer Protection Act claim. The second phase (Phase II), if necessary, will address the class-related issues. The following

schedule is for Phase I discovery. A schedule for Phase II discovery will be entered if Plaintiff's individual claim survives a motion for summary judgment or upon further order of the Court.

    a.    All Phase I requests for production of documents and interrogatories must be served by <u>December 16, 2022</u>.
    b.    All Phase I requests for admission must be served by <u>December 16, 2022</u>.
    c.    All Phase I depositions, other than expert depositions, must be completed by <u>January 17, 2023</u>.
    d.    All Phase I discovery, other than expert discovery, must be completed by <u>January 17, 2023</u>.

4.    **Obligation to Supplement.**  Supplemental disclosures under Fed. R. Civ. P. 26(e) shall be made promptly after the receipt of information by the party or counsel and, in any event, no later than the completion of fact discovery, unless good reason can be shown for why such information was not available.

5.    **Close of Phase I Fact Discovery Status Conference.**  A status conference will be held on _____ at ____ a.m./p.m [to be completed by the Court].

6.    **Expert Discovery.**

Expert discovery deadlines will not be set at this time. If necessary, expert discovery deadlines will be set when the Phase II discovery schedule is entered.

    a.    Plaintiff(s)' trial expert(s) must be designated and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by <u>TBD</u>.
    b.    Defendant(s)' trial experts must be designated and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by <u>TBD</u>.
    c.     Trial experts must be deposed by <u>TBD</u>.

7.    **Phase I Dispositive Motions.**  Phase I dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by <u>February 16, 2023</u>.

## PROCEDURAL PROVISIONS

8.    **Extension of Deadlines.**  All requests to extend or modify deadlines must be made by motion and must state: (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reasons for the requested extension; and (5) whether the opposing party consents and, if not, the reasons given for refusing to consent. The motion shall also contain a summary of the discovery, if any, that remains to be taken, and a specific date when the requesting party expects to complete the additional discovery, join

other parties, amend the pleadings, or file a motion. Motions to extend or modify deadlines will be granted only for good cause shown.

If the requested extension or modification affects any other scheduled dates, a represented party must submit a proposed revised scheduling order using this template. (A *pro se* party may, but is not required to, submit a proposed revised scheduling order.)

Absent an emergency, any request for an extension or adjournment shall be made at least forty-eight hours prior to the deadline or scheduled appearance.

9. **Motions to Compel or Prevent Discovery.**  Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than seven days after the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline.

10. **Status Conferences.**  The court will schedule a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that an additional status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

11. **Additional Conferences.**  Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled.

12. **Early Resolution of Issues.**  The court recognizes that, in some cases, early resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to confer and jointly advise the court of any such issues.

13. **Pretrial Conference.**  Lead trial counsel are required to attend any pretrial conference.

14. **Discovery Disputes.**  Counsel encountering a discovery dispute are encouraged to request a conference with the court before filing a discovery motion. Counsel who opt to file a discovery motion shall comply with the court's Standing Order on Discovery Disputes.

_____
United States District Judge

## CERTIFICATE OF SERVICE

    I, Joseph P. Bowser, hereby certify that Defendant Liberty University, Inc.'s Proposed Scheduling Order has been filed through the Court's CM/ECF system on July 20, 2022, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Joseph P. Bowser*
Joseph P. Bowser