IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL GERMAIN-CUMMINGS, on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 4:22-cv-40036-IT |
| LIBERTY UNIVERSITY, | : : | |
| Defendant. | : : : | |

## DEFENDANT LIBERTY UNIVERSITY, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Liberty University, Inc. ("Liberty"), through undersigned counsel, respectfully submits this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. Plaintiff alleges that Liberty violated the Telephone Consumer Protection Act by calling him without his consent. Liberty is entitled to summary judgment because there is no genuine factual dispute that Liberty did *not* call Plaintiff, and no third party with which Liberty has any relevant relationship called him either. The sole call at issue is clearly a spoofed call by some unknown third party. The grounds for this Motion are set forth in the contemporaneously filed Memorandum in Support, Local Rule 56.1 Statement of Material Facts, and supporting exhibits.

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I, Joseph P. Bowser, certify that I conferred with counsel for Plaintiff regarding this Motion on August 29, 2022. Plaintiff opposes the relief sought.

Dated: August 31, 2022

Respectfully submitted,

DEFENDANT LIBERTY UNIVERSITY, INC.

By counsel

/s/ *Joseph P. Bowser*
Joseph P. Bowser, *admitted pro hac vice*
Carl Taylor Smith, *admitted pro hac vice*
ROTH JACKSON
1519 Summit Avenue, Suite 102
Richmond, VA 23230
Telephone: 804-441-8701
Facsimile: 804-441-8438
jbowser@rothjackson.com
tsmith@rothjackson.com

and

Stephen D. Riden, BBO No. 644451
Jillian E. Carson, BBO No. 698505
Puneet Dhaliwal, BBO No. 709111
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
617.500.8660 Telephone
617.500.8665 Facsimile
*sriden@beckreed.com*
*jcarson@beckreed.com*
*puneet@beckreed.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2022, the foregoing Defendant Liberty University, Inc.'s Motion for Summary Judgment was filed through the Court's electronic filing system and will be sent electronically to the following counsel via the Court's electronic filing system:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Samuel J. Strauss
Turke & Strauss LLP
Suite 302
613 Williamson Street
Madison, WI 53703
608-237-1775
sam@turkestrauss.com

*Counsel for Plaintiff*

/s/ *Joseph P. Bowser*
Joseph P. Bowser