UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL GERMAIN-CUMMINGS, on behalf of himself and others similarly situated, | * * * * | |
| Plaintiff, | * | |
| v. | * * | Civil Action No. 4:22-cv-40036-IT |
| LIBERTY UNIVERSITY, | * * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of Plaintiff's action against Liberty University Inc., including his individual and class claims, without prejudice, with the understanding that each party shall bear their own costs and fees and that neither party has provided any compensation to the other in exchange for this stipulation.

**Dated:** September 21, 2022

/s/ Puneet Dhaliwal
Stephen D. Riden, BBO No. 644451
Jillian E. Carson, BBO No. 698505
Puneet Dhaliwal, BBO No. 709111
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Tel: (617) 500-8660
Fax: (617) 500-8665
sriden@beckreed.com
jcarson@beckreed.com
puneet@beckreed.com

and

/s/ Anthony I. Paronich
Anthony I Paronich, Esquire
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff*

Joseph P. Bowser, admitted pro hac vice
Carl Taylor Smith, admitted pro hac vice
ROTH JACKSON
1519 Summit Avenue, Suite 102
Richmond, VA 23230
Tel: (804) 441-8701
Fax: (804) 441-8438
jbowser@rothjackson.com
tsmith@rothjackson.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2022, the foregoing Stipulation of Dismissal Without Prejudice was filed through the Court's electronic filing system and will be sent electronically to all counsel of record.

*/s/ Puneet Dhaliwal*
Puneet Dhaliwal
